UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-cr-057 |
| Plaintiff, | JUDGE TIMOTHY S. BLACK |
| v. | |
| BENWAN EDWARDS (1), | |
| CHRISTOPHER JONES (8), | |
| DEXTER MITCHELL (11), | |
| JUSTIN CASTLEMAN (12), | |
| Defendants. | |

## FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On May 12, 2021, March 9, 2022, and October 27, 2023, the Court entered Preliminary Orders of Forfeiture (Docs. 235, 301, 369), finding that all right, title, and interest in the following property (the "subject property") had been forfeited to the United States under 21 U.S.C. § 853(a) and/or 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

**Justin Castleman**

- S.N. Romarm AK-47, a/k/a S.A. CUGIR Romania, Model SAR-1, 7.62x39mm caliber semi-automatic rifle, bearing serial number SI-29277-2000;

- Glock, model 26, 9x19mm caliber semi-automatic pistol, bearing serial number NFS868;

- Thirty round magazine with thirty (30) rounds of 7.62x39mm ammunition;

- Thirteen (13) rounds of 9mm ammunition;

- Two (2) Glock magazines;

- Thirty-four (34) rounds of .22 caliber ammunition;

- Metal PT 111 Pro Cal 9mm magazine;

**Christopher Jones**

- $6,604.00 in United States Currency seized from 449 Sharp Court, Trenton, Ohio;

- A Taurus 9mm semi-automatic pistol, PTIII, serial number TKP03383, with any attachments and ammunition including, but not limited to, approximately nine (9) rounds of 9mm ammunition;

- LG Smartphone;

- Apple iPhone (red/white in color);

- Apple iPhone (black case);

**Dexter Mitchell**

- A Smith & Wesson, Model 4053TSW, 40 caliber pistol, (serial number scratched off, possibly MSE8124), with any attachments and ammunition including approximately eleven (11) rounds of .40 caliber ammunition;

- An Apple iPhone (silver in color with black Otter box case);

- An Apple iPhone (rose gold in color with clear case);

- A Samsung Galaxy J3 (silver in color, cracked screen);

**Benwan Edwards**

- .40 caliber 50 round drum magazine (ammunition removed);

- Approximately thirty-two (32) rounds of .40 caliber cartridges (removed from drum magazine);

- Alcatel, Onetouch, serial number NV10JGJE08SNZ (black in color);

- LG, flip phone, Verizon, serial number 309CYEA0461284 (without battery, no back, silver/black in color);

- Apple iPhone (white front/gold back, cracked screen, in airplane mode);

- Apple iPhone (black in color, cracked screen and back);

- Alcatel, flip phone, Model 4D44T, serial number NA5JB7KF08UMB, MEID HEX 359 571 073 054 18 (black in color with back and battery);

- Samsung flip cell phone, serial number R21D115E39H;

- Samsung phone (gold in color);

- Apple iPhone, Model A1660 (white and pink in color);

- Apple iPhone (white phone, green Otter box case);

- Samsung flip phone, Verizon (gray in color);

- Apple iPhone (black, with clear case, in airplane mode, with PIN); and

- Apple iPhone (damaged screen and back, black in color).

The Court also found that the defendants had an interest in their portions of the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property. (*Id.*)

The United States gave electronic notice through the CM/ECF notification system of the Motions for Preliminary Order of Forfeiture to counsel for the defendants, and the defendants did not object thereafter to the forfeiture of the subject property.

On May 14, 2021, the Court held defendant Justin Castleman's sentencing hearing and announced the forfeiture of his portion of the subject property. (Minute Entry 05/14/2021.) The Judgment establishes that Justin Castleman shall forfeit such property to the United States. (Doc. 238.)

On March 17, 2022, the Court held defendant Dexter Mitchell's sentencing hearing and announced the forfeiture of his portion of the subject property. (Minute Entry 03/17/2022.) The Judgment establishes that Dexter Mitchell shall forfeit such property to the United States. (Doc.

3

314.)

On May 24, 2023, the Court held defendant Christopher Jones' sentencing hearing and announced the forfeiture of his portion of the subject property. (Minute Entry 05/24/2023.) The Judgment establishes that Christopher Jones shall forfeit such property to the United States. (Doc. 354.)

On November 16, 2023, the Court held defendant Benwan Edwards' sentencing hearing and announced the forfeiture of his portion of the subject property. (Minute Entry 11/16/2023.) The Judgment establishes that Benwan Edwards shall forfeit such property to the United States. (Doc. 373.)

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 16, 2023, and April 4, 2024. (Doc. 393.)

The United States sent direct written notice of the Preliminary Orders of Forfeiture to all persons who reasonably appeared to be potential claimants with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Michelle Hughley, Justin Bernstein, Heather McClure, Tara Edwards, Charlie Hollandsworth, Kyra Ballard, Chasteen McKenzie, Barry Loyd, Alyx Shield, and Jarrod Hendel. (Doc. 394.)

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 21 U.S.C. § 853(a) and/or 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and

4

no right, title, or interest shall remain in any other person or entity.

       2.       The United States shall dispose of the subject property in accordance with the law.

       3.       The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

**IT IS SO ORDERED.**

Dated:  5/9/2025                                       *s/Timothy S. Black*
                                                              HONORABLE TIMOTHY S. BLACK
                                                              UNITED STATES DISTRICT JUDGE